IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

KATE LAM-TUYEN HOANG, )
)
        Plaintiff, ) TC-MD 120443D
)
    v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
        Defendant. ) **DECISION OF DISMISSAL**

This matter is before the court on its Order, filed September 17, 2012, requesting Plaintiff to submit her agreement with Defendant's Status Report or a written response to Defendant's motion to dismiss within 14 days of the date of its Order. As of this date, Plaintiff has not responded to the court's order. The court's Order stated that Plaintiff's failure to comply with its Order would result in the court ruling on Defendant's motion to dismiss without Plaintiff's response.

Because Plaintiff failed to respond to the court's Order and Defendant stated in its Status Report, filed August 15, 2012, that it "accepted and processed" Plaintiff's "married filing separate nonresident tax return for the state of Oregon" and issued a Notice of Proposed Return Computation to its Status Report showing a "TOTAL BALANCE DUE [of] $0.00," Defendant's motion to dismiss is granted. There is no justiciable issue before the court. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

DECISION OF DISMISSAL  TC-MD 120443                                    1

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of October 2012.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by* mailing *to: 1163 State Street, Salem, OR 97301-2563; or by* hand delivery *to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within* 60 *days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on October 8, 2012. The Court filed and entered this document on October 8, 2012.*